JOHN S. LEONARDO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
AZ State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-1000-TUC-JAS-BPV |
| Plaintiff, | |
| vs. | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| Melvin Adolph Neva, | |
| Defendant. | |

Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 19th day of August, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Raquel Arellano*

RAQUEL ARELLANO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 19th day of August, 2015, to:

Elias Damianakos, Esq.