IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>                                                  )<br>         Plaintiff,                       )<br>                                                  )<br>         vs.                                 )<br>                                                  )<br>Melvin Adolph Neva,                )<br>                                                  )<br>         Defendant.                    )<br>_____) | NO.   CR 15-01000-TUC-JAS(BPV)<br><br>**ORDER** |

This matter having been referred for a Pretrial Status Conference pursuant to Fed.R.Crim.P. 50 and LRCiv 7.2(a) and LRCrim 12.1, Rules of Practice of the U.S. District Court for the District of Arizona,

**IT IS ORDERED** that a Pretrial Status Conference is scheduled before Magistrate Judge Velasco on February 10, 2016, at 1:30 p.m.

**IT IS FURTHER ORDERED** that, prior to the Status Conference, counsel shall meet and confer in good faith to discuss discovery, disclosure, and any other matters which will aid in the prompt disposition of this case.

DATED this 6th day of January, 2016.

_____
Bernardo P. Velasco
United States Magistrate Judge